**Deny and Opinion Filed June 13, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00968-CV

## IN RE IRINA LEONIDOVNA PETERS, Relator

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-50402-2019**

## MEMORANDUM OPINION
Before Justices Pedersen, III, Osborne, and Partida-Kipness
Opinion by Justice Pedersen, III

Before the Court is relator's petition for writ of mandamus. Relator challenges the trial court's order granting real party in interest's motion to modify temporary orders in their divorce proceeding. The challenged order granted real party the exclusive right to consent to all medical treatment for the parties' children.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)).

Based on our review of everything that has been filed in this mandamus proceeding, we conclude relator has failed to demonstrate that the trial court clearly abused its discretion.  Accordingly, we deny the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

We also strike relator's supplemental record for failure to redact sensitive data as required.  TEX. R. APP. P. 9.9.

210968f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE